[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15796
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 16, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-01838-CV-TWT-1

INTERBORO PACKAGING CORPORATION,

Plaintiff-Appellant,

versus

FULTON COUNTY SCHOOLS,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(April 16, 2007)**

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Interboro Packaging Corporation appeals the district court's grant of summary judgment to Fulton County Schools in Interboro's action alleging breach of contract and fraud. After reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's well-reasoned order of September 27, 2006.

**AFFIRMED.**